

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2021

No. 04-21-00134-CV

**IN THE INTEREST OF A.L.B., A CHILD**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA00106
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant's notice of appeal was filed within fifteen days after the deadline but without a motion for extension of time to file the notice. *See* TEX. R. APP. P. 26.1, 26.3. On April 30, 2021, we ordered Appellant to file a written response presenting a reasonable explanation for the late notice of appeal. *See* TEX. R. APP. P. 26.3, 10.5(b)(1)(C); *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997).

Appellant timely filed a written response explaining the late notice of appeal; our April 30, 2021 order is satisfied. *See Garcia v. Kastner Farms, Inc.*, 774 S.W.2d 668, 670 (Tex. 1989) (noting a "reasonable explanation" comprises all but "deliberate or intentional noncompliance").

We reinstate the appellate timetable. Appellant's brief is due on June 9, 2021.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of May, 2021.

MICHAEL A. CRUZ, Clerk of Court